UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ASHLEY M. WALSTON and ) <br> MATTHEW E. SALEN ) <br>    Plaintiffs ) <br> ) <br> v. ) <br> ) <br> SANTANDER CONSUMER USA INC., ) <br> EXPERIAN INFORMATION SOLUTIONS, ) <br> INC., EQUIFAX INFORMATION SERVICES ) <br> LLC, and TRANS UNION LLC ) <br>    Defendants ) <br> _____ ) | CIVIL ACTION NO. <br> 3:16-CV-1795-VAB <br><br><br><br><br><br><br><br><br><br> JANUARY 27, 2017 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, Ashley M. Walston and Matthew E. Salen, through their attorney, and the defendants, Santander Consumer USA, Inc., and Trans Union LLC, through their attorneys, hereby stipulate that the plaintiffs' claims shall be dismissed with prejudice and without costs or attorney's fees.

                                                          PLAINTIFFS, ASHLEY M. WALSTON and
                                                          MATTHEW E. SALEN,

                                          By: /s/ *Daniel S. Blinn*
                                                 Daniel S. Blinn (ct02188)
                                                 dblinn@consumerlawgroup.com
                                                 Consumer Law Group, LLC
                                                 35 Cold Spring Rd. Suite 512
                                                 Rocky Hill, CT  06067
                                                 Tel. (860) 571-0408
                                                 Fax (860) 571-7457

DEFENDANT, SANTANDER CONSUMER USA INC.

By: /s/ *Michael T. Grant*
    Michael T. Grant (ct27968)
    LeClairRyan
    One International Place, Eleventh Floor
    Boston, MA 02110
    Tel. (617) 502-5728
    Fax (617) 502-5738
    Michael.Grant@leclairryan.com


DEFENDANT, TRANS UNION LLC

By: /s/ *Timothy J. Lee*
    Timothy J. Lee (ct15118)
    Fasano, Ippolito & Lee
    388 Orange Street
    New Haven, CT 06511
    Tel: (203) 787-6555
    Fax: (203) 776-2119
    tlee@fillaw.com

By: /s/ *Heather M. Shumaker*
    Sandra Davis Jansen (phv06367)
    Heather M. Shumaker (phv08624)
    Schuckit & Associates, P.C.
    4545 Northwestern Drive
    Zionsville, IN 46077
    Tel: (317) 363-2400
    Fax: (317) 363-2257
    sjansen@schuckitlaw.com
    hshumaker@schuckitlaw.com

3

## CERTIFICATION

      I hereby certify that on this 27th day of January, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ *Daniel S. Blinn*
      Daniel S. Blinn